UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEE TUBBS (D-1),

    Defendant.

_____/

Case No. 20-20161

Honorable Nancy G. Edmunds

**ORDER GRANTING EMERGENCY
MOTION FOR TEMPORARY RELEASE [47]**

The matter is before the Court on Defendant's motion for temporary release on bond with conditions pursuant to 18 U.S.C. § 3142(i). (ECF No. 47.) Defendant seeks his temporary release so that he may attend the funeral services of his only son after he was informed the three-year old tragically drowned. His mother, Corinthia Snider, has agreed to serve as a third-party custodian and to be responsible for providing transportation and ensuring Defendant complies with all conditions of release.

Having considered the pleadings of the parties and being fully advised in the premises, the Court finds the death of Defendant's son, under the facts and circumstances here, a compelling reason warranting his temporary release.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for temporary release is GRANTED.

Accordingly, IT IS ORDERED Defendant will be released on Monday, May 24, 2021 for the purpose of attending the funeral services of his son. He will return to custody

on May 26, 2021 by turning himself in at the Sanilac County Jail by 9:00 am. Ms. Snider will drive to the jail to pick Defendant up and once again to drop him off.

In addition, Defendant will be subject to the following conditions:

He will reside at Ms. Snider's address in Ypsilanti, Michigan. He will be under home detention with the exception of attending activities relating to the death of his son.

He will be subject to electronic location monitoring to commence as soon as the Pre-trial Services Department can safely install the necessary electronic monitoring equipment and upon such other considerations as Pre-trial Services deems necessary.

He will be subject to all of the standard conditions of release.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 20, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager