UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 20-20161

v.                                               Honorable Nancy G. Edmunds

ROBERT LEE TUBBS (D-1),

    Defendant.

_____/

**AMENDED ORDER GRANTING EMERGENCY
MOTION FOR TEMPORARY RELEASE [47]**

The matter is before the Court on Defendant's motion for temporary release on bond with conditions pursuant to 18 U.S.C. § 3142(i). (ECF No. 47.) Defendant seeks his temporary release so that he may attend the funeral services of his only son after he was informed the three-year old tragically drowned. His mother, Corinthia Snider, has agreed to serve as a third-party custodian and to be responsible for providing transportation and ensuring Defendant complies with all conditions of release. The government opposes Defendant's motion but argues that if Defendant is to be released from custody, it should be under certain conditions that would protect the public and minimize the risk of any violations. (ECF No. 49.)

Having considered the pleadings of the parties and being fully advised in the premises, the Court finds the death of Defendant's son, under the facts and circumstances here, a compelling reason warranting his temporary release.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for temporary release is GRANTED.

Accordingly, IT IS ORDERED Defendant will be released on Monday, May 24, 2021, at 9:00 am for the purpose of attending the funeral services of his son. He will return to custody on Wednesday, May 26, 2021, by turning himself in at the Sanilac County Jail by 9:00 am. Ms. Snider will drive to the jail to pick Defendant up and once again to drop him off.

In addition, Defendant will be subject to the following conditions:

He will reside at Ms. Snider's home in Ypsilanti, Michigan.

He will be under home incarceration with the exception of attending activities relating to the death of his son as set forth in his motion. More specifically, those activities are viewing and funeral services at Chapel of Chimes in Westland, Michigan, from 4:00 pm to 7:00 pm on May 24, 2021; a burial at Westlawn Cemetery in Wayne, Michigan, on May 25, 2021; and a repast at Ms. Snider's home or Apple Ridge Park in Ypsilanti, Michigan, during the evening of May 25, 2021.

He will be fitted with a G.P.S. tether prior to being released.

He will be subject to all of the standard conditions of release.

SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: May 20, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2021, by electronic and/or ordinary mail.

                s/Lisa Bartlett
                Case Manager